1 | BRIAN J. STRETCH (CABN 163973)
United States Attorney

2

3 | DAVID R. CALLAWAY (CABN 121782)
Chief, Criminal Division

4 | MATTHEW L. McCARTHY (CABN 217871)
Assistant United States Attorney

5
    450 Golden Gate Avenue, Box 36055
6     San Francisco, California 94102-3495
    Telephone: (415) 436-7200
7     FAX: (415) 436-7234
    Matthew.mccarthy@usdoj.gov

8
Attorneys for United States of America

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 13-0515 CRB |
| Plaintiff, | [PROPOSED] STIPULATED ORDER CONTINUING CHANGE-OF-PLEA AND STATUS CONFERENCE |
| v. | |
| RYAN BALLETTO AND PATRICK PEARMAIN, | |
| Defendants. | |

[PROPOSED] STIPULATED ORDER RE STATUS CONFERENCE
CR 14-0275 CRB

The above-captioned case is scheduled for a change-of-plea and/or status conference on May 5, 2016. However, for the reasons set forth below, the parties jointly request that the hearing date be continued to June 23, 2016.

First, although the parties have made significant progress in settlement discussions, they have not been able to finalize an agreement as to Mr. Pearmain, and need additional time to do so.

Second, counsel for the parties previously informed the Court that they are investigating a recent incident which raises the possibility that Mr. Balletto's mental condition may need to be evaluated prior to proceeding further with this matter.[1] The parties have received more information regarding this issue, but need to obtain additional documents and records in order to determine how best to proceed. The parties expect this will take a few weeks to accomplish.

Accordingly, the parties jointly request that the hearing currently set for May 5, 2016 be continued to June 23, 2016.

Further, the parties stipulate and jointly request that time be excluded from the Speedy Trial Act calculations from May 5, 2016 through June 23, 2016 for effective preparation and continuity of counsel. The parties agree that the ends of justice served by granting such a continuance outweighed the best interests of the public and the defendants in a speedy trial. *See* 18 U.S.C. § 3161(h)(7)(A). Pursuant to 18 U.S.C. § 3161, and Crim. Loc. Rule 47-2(c), there are seventy (70) days remaining before

//
//
//
//
//
//
//
//
//

---

[1] Given the sensitive nature of this issue, the parties do not wish to provide details in a public filing. At the Court's direction, the parties can provide additional details under seal, or at the requested status conference on June 23, 2016.

[PROPOSED] STIPULATED ORDER RE STATUS CONFERENCE
CR 14-0275 CRB

1 | the trial in this case must commence.

2 | IT IS SO STIPULATED.

3

4 | DATED 5-4-2016          BRIAN J. STRETCH
United States Attorney
5 |                               Northern District of California

6

                                   /s/
7 |                               MATTHEW L. McCARTHY
Assistant United States Attorney
8

9
                                   /s/
10 | DATED 5-4-2016          JAMES THOMSON
Attorney for Defendant Ryan Balletto
11

12

                                   /s/
13 | DATED 5-4-2016          ROBERT WAGGENER
Attorney for Defendant Patrick Pearmain

14–28

[PROPOSED] STIPULATED ORDER RE STATUS CONFERENCE
CR 14-0275 CRB

**[PROPOSED] ORDER**

For good cause shown, this matter shall be added to the Court's calendar on June 23, 2016 at 2:30 p.m. for a change-of-plea and/or status conference.

In addition, for the reasons stated above, the Court finds that an exclusion of time from May 5, 2016 through June 23, 2016 is warranted and that the ends of justice served by the continuance outweigh the best interests of the public and the defendant in a speedy trial. *See* 18 U.S.C. § 3161 (h)(7)(A). The failure to grant the requested continuance would deny defense counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence, and would result in a miscarriage of justice. *See* 18 U.S.C. § 3161(h)(7)(B)(iv).

Pursuant to 18 U.S.C. § 3161, and Crim. Loc. Rule 47-2(c), there are seventy (70) days remaining before the trial in this case must commence.

IT IS SO ORDERED.

DATED
HON. CHARLES R. BREYER
United States District Court Judge