| | |
|---|---|
| 1 | BRIAN J. STRETCH (CABN 163973)<br>United States Attorney |
| 2 | |
| 3 | DAVID R. CALLAWAY (CABN 121782)<br>Chief, Criminal Division |
| 4 | MATTHEW L. McCARTHY (CABN 217871)<br>Assistant United States Attorney |
| 5 | |
| 6 | 450 Golden Gate Avenue, Box 36055<br>San Francisco, California 94102-3495<br>Telephone: (415) 436-7200 |
| 7 | FAX: (415) 436-7234<br>Matthew.mccarthy@usdoj.gov |
| 8 | Attorneys for United States of America |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 13-0515 CRB |
| Plaintiff, | ) ) | STIPULATED ORDER CONTINUING CHANGE-OF-PLEA AND STATUS CONFERENCE |
| v. | ) ) | |
| RYAN BALLETTO AND PATRICK PEARMAIN, | ) ) ) | |
| Defendants. | ) ) | |

[PROPOSED] STIPULATED ORDER RE STATUS CONFERENCE
CR 14-0275 CRB

The above-captioned case is scheduled for a change-of-plea and/or status conference on July 20, 2016. However, for the reasons set forth below, the parties jointly request that the hearing date be continued to August 10, 2016.

First, counsel for defendant Patrick Pearmain is unavailable due to a conflicting homicide trial in the Superior Court of the County of San Francisco.

Second, counsel for defendant Ryan Balletto needs additional materials relating to a possible mental health evaluation of the defendant.

Accordingly, the parties jointly request that the hearing currently set for July 20, 2016 be continued to August 10, 2016.

Further, the parties stipulate and jointly request that time be excluded from the Speedy Trial Act calculations from July 20, 2016 through August 10, 2016 for effective preparation and continuity of counsel. The parties agree that the ends of justice served by granting such a continuance outweighed the best interests of the public and the defendants in a speedy trial. *See* 18 U.S.C. § 3161(h)(7)(A). Pursuant to 18 U.S.C. § 3161, and Crim. Loc. Rule 47-2(c), there are seventy (70) days remaining before the trial in this case must commence.

IT IS SO STIPULATED.

DATED 7-19-2016            BRIAN J. STRETCH
United States Attorney
Northern District of California

                                        /s/
MATTHEW L. McCARTHY
Assistant United States Attorney

                                        /s/
DATED 7-19-2016            JAMES THOMSON
Attorney for Defendant Ryan Balletto

                                        /s/
DATED 7-19-2016            ROBERT WAGGENER
Attorney for Defendant Patrick Pearmain

| | |
|---|---|
| 1 | **ORDER** |
| 2 | For good cause shown, this matter shall be added to the Court's calendar on August 10, 2016 at |
| 3 | 2:00 p.m. for a change-of-plea and/or status conference. |
| 4 | In addition, for the reasons stated above, the Court finds that an exclusion of time from July 20, |
| 5 | 2016 through August 10, 2016 is warranted and that the ends of justice served by the continuance |
| 6 | outweigh the best interests of the public and the defendant in a speedy trial. *See* 18 U.S.C. § 3161 |
| 7 | (h)(7)(A). The failure to grant the requested continuance would deny defense counsel the reasonable |
| 8 | time necessary for effective preparation, taking into account the exercise of due diligence, and would |
| 9 | result in a miscarriage of justice. *See* 18 U.S.C. § 3161(h)(7)(B)(iv). |
| 10 | Pursuant to 18 U.S.C. § 3161, and Crim. Loc. Rule 47-2(c), there are seventy (70) days |
| 11 | remaining before the trial in this case must commence. |
| 13 | IT IS SO ORDERED. |
| 15 | DATED July 19, 2016        HON. CHARLES R. BREYER<br>United States District Court Judge |

[PROPOSED] STIPULATED ORDER RE STATUS CONFERENCE
CR 14-0275 CRB