1  BRIAN J. STRETCH (CABN 163973)
   United States Attorney
2
   DAVID R. CALLAWAY (CABN 121782)
3  Chief, Criminal Division

4  MATTHEW L. McCARTHY (CABN 217871)
   Assistant United States Attorney
5
        450 Golden Gate Avenue, Box 36055
6       San Francisco, California 94102-3495
        Telephone: (415) 436-7200
7       FAX: (415) 436-7234
        Matthew.mccarthy@usdoj.gov
8
   Attorneys for United States of America
9

10                      UNITED STATES DISTRICT COURT

11                     NORTHERN DISTRICT OF CALIFORNIA

12                          SAN FRANCISCO DIVISION

13
   UNITED STATES OF AMERICA,        )   CASE NO. 13-0515 CRB
14                                  )
        Plaintiff,                  )   STIPULATED ORDER EQP VKP WKP I
15                                  )   CHANGE-OF-PLEA AND STATUS
     v.                             )   CONFERENCE
16                                  )
   RYAN BALLETTO AND                )
17 PATRICK PEARMAIN,                )
                                    )
18      Defendants.                 )
                                    )
19

20

21

22

23

24

25

26

27

28

   [PROPOSED] STIPULATED ORDER RE STATUS CONFERENCE
   CR 14-0275 CRB

1  The above-captioned case is scheduled for a change-of-plea and/or status conference on August 10, 2016.  However, for the reasons set forth below, the parties jointly request that the hearing date be continued to September 21, 2016.

First, counsel for defendant Patrick Pearmain is unavailable due to a conflicting homicide trial in the Superior Court of the County of San Francisco.

Second, counsel for defendant Ryan Balletto needs additional materials relating to a possible mental health evaluation of the defendant.

Accordingly, the parties jointly request that the hearing currently set for August 10, 2016 be continued to September 21, 2016.

Further, the parties stipulate and jointly request that time be excluded from the Speedy Trial Act calculations from August 10, 2016 through September 21, 2016 for effective preparation and continuity of counsel.  The parties agree that the ends of justice served by granting such a continuance outweighed the best interests of the public and the defendants in a speedy trial.  *See* 18 U.S.C. § 3161(h)(7)(A).  Pursuant to 18 U.S.C. § 3161, and Crim. Loc. Rule 47-2(c), there are seventy (70) days remaining before the trial in this case must commence.

IT IS SO STIPULATED.


DATED 8-9-2016        BRIAN J. STRETCH
                     United States Attorney
                     Northern District of California


                          /s/
                     MATTHEW L. McCARTHY
                     Assistant United States Attorney



                          /s/
DATED 8-9-2016       JAMES THOMSON
                     Attorney for Defendant Ryan Balletto




                          /s/
DATED 8-9-2016       ROBERT WAGGENER
                     Attorney for Defendant Patrick Pearmain


[PROPOSED] STIPULATED ORDER RE STATUS CONFERENCE
CR 14-0275 CRB

**ORDER**

For good cause shown, this matter shall be added to the Court's calendar on September 21, 2016 at 2:00 p.m. for a change-of-plea and/or status conference.

In addition, for the reasons stated above, the Court finds that an exclusion of time from August 10, 2016 through September 21, 2016 is warranted and that the ends of justice served by the continuance outweigh the best interests of the public and the defendant in a speedy trial. *See* 18 U.S.C. § 3161(h)(7)(A). The failure to grant the requested continuance would deny defense counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence, and would result in a miscarriage of justice. *See* 18 U.S.C. § 3161(h)(7)(B)(iv).

Pursuant to 18 U.S.C. § 3161, and Crim. Loc. Rule 47-2(c), there are seventy (70) days remaining before the trial in this case must commence.

IT IS SO ORDERED.

DATED   August 9, 2016

HON. CHARLES R. BREYER
United States District Court Judge

[PROPOSED] STIPULATED ORDER RE STATUS CONFERENCE
CR 14-0275 CRB