1  BRIAN J. STRETCH (CABN 163973)
   United States Attorney
2
   BARBARA J. VALLIERE (DCBN 439353)
3  Chief, Criminal Division

4  MATTHEW L. McCARTHY (CABN 217871)
   Assistant United States Attorney
5
          450 Golden Gate Avenue, Box 36055
6         San Francisco, California 94102-3495
          Telephone: (415) 436-7200
7         FAX: (415) 436-7234
          Matthew.mccarthy@usdoj.gov
8
   Attorneys for United States of America
9

10                       UNITED STATES DISTRICT COURT

11                      NORTHERN DISTRICT OF CALIFORNIA

12                             SAN FRANCISCO DIVISION

13
   UNITED STATES OF AMERICA,           )   CASE NO. 13-0515 CRB
14                                     )
            Plaintiff,                 )   STIPULATED  ORDER CONTINUING STATUS
15                                     )   CONFERENCE
       v.                              )
16                                     )
   PATRICK PEARMAIN,                   )
17                                     )
            Defendant.                 )
18                                     )
                                       )
19

20

21

22

23

24

25

26

27

28

STIPULATED  ORDER CONTINUING STATUS CONFERENCE
CR 14-0275 CRB

1  The above-captioned case is currently scheduled for a status conference on December 14, 2016. However, the clerk of the Court has informed the parties that the Court will be unavailable on that date. The parties have discussed the matter and now jointly request that the status conference be continued to December 21, 2016.

Further, the parties stipulate and jointly request that time be excluded from the Speedy Trial Act calculations from December 14, 2016 through December 21, 2016 for effective preparation of counsel. The parties agree that the ends of justice served by granting such a continuance outweighed the best interests of the public and the defendants in a speedy trial. *See* 18 U.S.C. § 3161(h)(7)(A).

Pursuant to 18 U.S.C. § 3161, and Crim. Loc. Rule 47-2(c), there are seventy (70) days remaining before the trial in this case must commence.

IT IS SO STIPULATED.


DATED 12-8-2016                     MELINDA HAAG
                                    United States Attorney
                                    Northern District of California


                                    _____/s/_____
                                    MATTHEW L. McCARTHY
                                    Assistant United States Attorney



                                    _____/s/_____
DATED 12-8-2016                     ROBERT WAGGENER
                                    Attorney for Defendant


STIPULATED ORDER CONTINUING STATUS CONFERENCE
CR 14-0275 CRB

**ORDER**

For good cause shown, this matter shall be added to the Court's calendar on December 21, 2016 at 2:00 p.m. for a status conference.

In addition, for the reasons stated above, the Court finds that an exclusion of time from December 8, 2016 through December 21, 2016 is warranted and that the ends of justice served by the continuance outweigh the best interests of the public and the defendant in a speedy trial. *See* 18 U.S.C. § 3161(h)(7)(A). The failure to grant the requested continuance would deny defense counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence, and would result in a miscarriage of justice. *See* 18 U.S.C. § 3161(h)(7)(B)(iv).

Pursuant to 18 U.S.C. § 3161, and Crim. Loc. Rule 47-2(c), there are seventy (70) days remaining before the trial in this case must commence.

IT IS SO ORDERED.

DATED 12/9/2016

HON. CHARLES R. BREYER
United States District Court Judge